IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DOUGLAS WAYNE GAMBLE

    Defendant,

WEST COAST BANK,

    Garnishee.

3:06-CR-00247-BR

ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer on February 24, 2012, stating that at the time of the service of the Writ it had in its possession, custody or control, personal property belonging to and due defendant, and garnishee was indebted to defendant in the total sum of approximately $393.50 from account xxxxx8538.

PAGE 1 -   FINAL ORDER OF GARNISHMENT
                *US v. Gamble,* 3:06-CR-00247-BR

On February 17, 2012, defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED garnishee pay the balance held in the account in the approximate amount of $393.50, plus any accrued interest or other deposits to plaintiff.

Payments shall be made payable to **Clerk of Court** and mailed to **United States District Court Attn: Clerk's Office, 1000 SW Third Avenue, Suite 740, Portland, OR 97204**.

IT IS SO ORDERED this 16th day of March, 2012.

*[signature]*
ANNA J. BROWN
United States District Judge

Presented by:

S. AMANDA MARSHALL
United States Attorney


ROBERT D. NESLER
Assistant United States Attorney